ON PETITION FOR REHEARING

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6620**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUY CARMICHAEL CRENSHAW,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-96-47, CA-99-424-7)

_____

Submitted: August 31, 2001      Decided: September 13, 2001

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Guy Carmichael Crenshaw, Appellant Pro Se. Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guy Crenshaw seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Crenshaw, Nos. CR-96-47; CA-99-424-7 (W.D. Va. Apr. 7, 2000). Crenshaw has also raised a claim for the first time on appeal challenging his conviction and sentence in light of Apprendi v. New Jersey, 530 U.S. 466 (2000). We recently held in United States v. Sanders, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in Apprendi is not retroactively applicable to cases on collateral review. Accordingly, Crenshaw's Apprendi claim is not cognizable. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED